IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DUPONT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　　　Defendant. | Case No. C 14-0593 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On February 7, 2014, plaintiff, proceeding *pro se*, filed a letter which initiated these proceedings pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) The same day, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). (Docket No. 4.) The clerk also notified plaintiff that he failed to submit a complaint. (Docket No. 2.) Along with the deficiency notices, plaintiff was provided with an IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a

---

[1] This action was reassigned to this court on March 19, 2014, after plaintiff failed to consent to magistrate judge jurisdiction. (Docket No. 6.)

Order of Dismissal
P:\PRO-SE\LHK\CR.14\Dupont593disifp.wpd

complaint within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or filed a complaint.

Thus, the instant action is **DISMISSED** without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 3/27/14

_____
LUCY H. KOH
United States District Judge